

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICQUEL R. BINGHAM,<br><br>Defendant. | Case: 4:23-cr-20473<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 08-16-2023<br>INDI USA v. Micquel Bingham (tt)<br><br>Violations:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(k)<br>18 U.S.C. § 922(o)<br>18 U.S.C. § 933(a)(1) |

## INDICTMENT

FILED
AUG 16 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN

**THE GRAND JURY CHARGES:**

### COUNT ONE
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about March 13, 2023, in the Eastern District of Michigan, MICQUEL R. BINGHAM, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Raven Arms, Model MP-25, .25 caliber, semi-automatic pistol, with an obliterated serial number, and a Springfield, Model XDM-45, .45 caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
### POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER
### 18 U.S.C. § 922(k)

On or about March 13, 2023, in the Eastern District of Michigan, MICQUEL R. BINGHAM knowingly possessed a firearm, that is, a Raven Arms, Model MP-25, .25 caliber, semi-automatic pistol, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered and obliterated, in violation of Title 18, United States Code, Section 922(k).

## COUNT THREE
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about April 26, 2023, in the Eastern District of Michigan, MICQUEL R. BINGHAM, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Pioneer Arms, Model Hellpup, 7.62x39mm caliber, AK-47 style semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about May 19, 2023, in the Eastern District of Michigan, MICQUEL R. BINGHAM, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, Model 23, .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE
### ILLEGAL POSSESSION OF A MACHINEGUN
### 18 U.S.C. § 922(o)

On or about May 19, 2023, in the Eastern District of Michigan, MICQUEL R. BINGHAM knowingly possessed a machinegun, that is, a Glock, Model 23, .40 caliber pistol, modified with a conversion device that converted the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

## COUNT SIX
### ILLEGAL TRAFFICKING IN FIREARMS
### 18 U.S.C. § 933(a)(1)

On or about May 19, 2023, in the Eastern District of Michigan, MICQUEL R. BINGHAM knowingly shipped, transported, transferred, caused to be transported, or otherwise disposed of a firearm, that is, a Glock, Model 23, .40 caliber pistol,

3

modified to function as a machinegun, to Individual-1 in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by Individual-1 would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT SEVEN
### ILLEGAL POSSESSION OF A MACHINEGUN
### 18 U.S.C. § 922(o)

On or about June 1, 2023, in the Eastern District of Michigan, MICQUEL R. BINGHAM knowingly possessed a machinegun, that is, two machinegun conversion devices, also known as "Glock switches," a part designed and intended solely and exclusively to convert a firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

## COUNT EIGHT
### ILLEGAL TRAFFICKING IN FIREARMS
### 18 U.S.C. § 933(a)(1)

On or about the June 1, 2023, in the Eastern District of Michigan, MICQUEL R. BINGHAM knowingly shipped, transported, transferred, caused to be transported, or otherwise disposed of a firearm, that is, two machinegun conversion devices, also known as "Glock switches," to Individual-1 in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or

possession of the firearm by Individual-1 would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT NINE
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about June 29, 2023, in the Eastern District of Michigan, MICQUEL R. BINGHAM, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Smith & Wesson, model M&P 15, .223 caliber, semi-automatic rifle, and an FNH USA, LLC, Model FNS-9, 9mm caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)

The allegations contained in Counts One through Nine of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Counts One through Seven, MICQUEL R. BINGHAM shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including, but not limited to:

5

a. a Raven Arms, Model MP-25, .25 caliber, semi-automatic pistol, with an obliterated serial number;

b. a Springfield, Model XDM-45, .45 caliber, semi-automatic pistol, serial number MG669902;

c. a Pioneer Arms, Model Hellpup, 7.62x39mm caliber, AK-47 style semi-automatic pistol, serial number PAC1132846;

d. a Glock, Model 23, .40 caliber pistol, serial number BXSF042;

e. two machinegun conversion devices, also known as "Glock switches;"

f. a Smith & Wesson, model M&P 15, .223 caliber, semi-automatic rifle, serial number TS41118; and

g. an FNH USA, LLC, Model FNS-9, 9mm caliber, semi-automatic pistol, GKU0093157.

**THIS IS A TRUE BILL.**

Dated: August 16, 2023                                   s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


s/ANTHONY P. VANCE                              s/BLAINE T. LONGSWORTH
ANTHONY P. VANCE                                BLAINE T. LONGSWORTH
Assistant United States Attorney                Assistant United States Attorney
Chief – Branch Offices                          600 Church Street
600 Church Street                               Flint, Michigan 48502-1280
Flint, Michigan 48502-1280                      Phone: (810) 766-5177
Phone: (810) 766-5177                           blaine.longsworth@usdoj.gov
anthony.vance@usdoj.gov                         P55984
P61148

7

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 4:23-cr-20473<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis |
|---|---|---|
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com— | | Filed: 08-16-2023<br>INDI USA v. Micquel Bingham (tt) |

| **Companion Case Information** | Companion Case Number: 23-CR-20414 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: F. KAY BEHM |
| ☑ Yes    ☐ No | AUSA's Initials: TV |

Case Title: USA v. MICQUEL R. BINGHAM

County where offense occurred: GENESEE

Check One:    ☑ Felony       ☐ Misdemeanor       ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_X_ Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30312 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

8/16/2023
Date

*/s/ Anthony Vance*
Anthony P. Vance
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Anthony.P.Vance@usdoj.gov
P61148

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013